**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JENSEN TABANGCURA,

    Plaintiff,                                    Case No.: 1:25-cv-14665

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | XXXPPP |
| 2 | 琉絑商贸 |
| 3 | WUUPCKY |
| 4 | LumoasterUS |
| 5 | Fine Decal |
| 6 | Gocomcom |
| 7 | simailestore |
| 8 | dioskk |
| 9 | Longchashanghang |
| 10 | NYXSKJ |
| 11 | AIQUS |
| 12 | Xancen |
| 13 | MiaoWu-us |
| 14 | Ohhaha-us |
| 15 | AIRNOGO |
| 16 | QIUYUEMIN |
| 17 | Sunny George Store |
| 18 | Gxizlba |
| 19 | Popeoiuh |
| 20 | YiYanTZ |
| 21 | Dosoco |
| 22 | LIANG&MENG |
| 23 | AXEN OUTDOORS |
| 24 | Wercokt Direct |
| 25 | Jaurney |
| 26 | Lemorni |
| 27 | Hysoiree |

| | |
|---|---|
| 28 | Poranzan |
| 29 | mumian-us |
| 30 | GERYUE |
| 31 | GAOHENGMIN |
| 32 | SCORYULE |
| 33 | yyyibo |
| 34 | yeoeigm |
| 35 | MaiMaiTu |
| 36 | MXWL |
| 37 | chunmeiQ5958 |
| 38 | siyanshop |
| 39 | Fanthy |
| 40 | Patch Men |
| 41 | suizhoushiyuliyueshangmao |
| 42 | Tech Wind |
| 43 | YUN JIA MING |
| 44 | KingilsOne |
| 45 | kingilss |
| 46 | nanchengnn |
| 47 | BHYXMYJ |
| 48 | BAOXIN Co.Ltd |
| 49 | Luphy Kitchen Mall |
| 50 | chenzhifacai |
| 51 | Totil |
| 52 | qinYUu |
| 53 | OUTANG Co.Ltd |
| 54 | Wkhz Home textiles Mall |
| 55 | Myvepuop Home textiles Mall |
| 56 | yilishop |
| 57 | Qianyuanlong |
| 58 | junyudianzi |
| 59 | MIQIN Co.Ltd |
| 60 | ShanXiKuaJie |
| 61 | Heq-US |
| 62 | minxuanshop |
| 63 | ANDUNSHOP |
| 64 | yanchushop |
| 65 | changshashidaofeiyang |
| 66 | Eunoiayd |
| 67 | AmeriDeals |
| 68 | KaiL-US |
| 69 | YuZhouShiSheng |
| 70 | saffaihfiahf |
| 71 | LYINGF |

| | |
|---|---|
| 72 | HUOQU Co.Ltd |
| 73 | Happy MiMi |
| 74 | Cotton Sticker Shop |
| 75 | keepingmoving |
| 76 | AaLucky |