**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JENSEN TABANGCURA, | |
| Plaintiff, | Case No.: 1:25-cv-14665 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff files this Motion requesting leave to file the screenshot printouts showing the active Defendant Internet Stores (Exhibit 2 to the Declaration of Jensen Tabangcura) under seal.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for copyright infringement. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

|  |  |
|---|---|
| DATED: December 4, 2025 | Respectfully submitted,<br><br>*/s/ Keith A. Vogt*<br>Keith A. Vogt<br>FL Bar No. 1036084 / IL Bar No. 6207971<br>Keith A. Vogt PLLC<br>15275 Collier Boulevard, Ste. 201-2061<br>Naples, Florida 34119-6750<br>Telephone: 312-971-6752<br>Email: keith@vogtip.com<br><br>**ATTORNEY FOR PLAINTIFF** |