Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-333

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

### Title

**Title of Work:** Derpy Great White Shark

### Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** April 24, 2012
**Nation of 1st Publication:** United States

### Author

- **Author:** Jensen Tabangcura
  **Pseudonym:** Neekko ; Pocket Sushi ; J Tea
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Jensen Tabangcura
18616 7th Ave S, Burien, WA, 98148, United States

### Rights and Permissions

**Name:** Jensen Tabangcura
**Email:** neekko.art@gmail.com
**Address:** 18616 7th Ave S
Burien, WA 98148 United States

### Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2

