# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENSEN TABANGCURA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:25-cv-14665<br><br>Hon. Andrea R. Wood |

## DEFENDANT'S MOTION TO SET BRIEFING SCHEDULE REGARDING PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

**NOW COMES** Defendant Yiwu Yibo E Commerce Co., Ltd. (Seller ID: A30KV0WLLQO0E0) ("Defendant"), a defendant identified on Schedule A, by and through undersigned counsel, and hereby respectfully moves this Court to set a briefing schedule regarding Plaintiff's Emergency *Ex Parte* Motion for Temporary Restraining Order (the "TRO Motion") at Docket No. 14. In support of this motion, Defendant states as follows:

**1.** Plaintiff filed the TRO Motion seeking emergency injunctive relief pursuant to Federal Rule of Civil Procedure 65 on or around December 4, 2025. Dkt. 14. This Motion remains pending.

**2.** Defendant respectfully requests that the Court set a briefing schedule so that Defendant may have an opportunity to respond to the TRO Motion and Plaintiff may file a reply, if any.

**3.** Defendant proposed the following schedule to Plaintiff's Counsel in the morning of December 22, 2025, but did not receive any response up to the filing of the instant motion:

   **a.** Defendant's opposition/response to the TRO Motion due: January 2, 2026.

1

**b.** Plaintiff's reply in support of the TRO Motion (if any) due: January 9, 2026.

**WHEREFORE,** Defendant respectfully requests that the Court enter an order setting the briefing schedule identified above, or such other schedule as the Court deems appropriate.

| | |
|---|---|
| Dated: December 23, 2025 | Respectfully submitted,<br>By: /s/ Shaoyi Che<br>Shaoyi Che (Bar ID No. 24139843)<br>YoungZeal LLP<br>9355 John W Elliott Dr Ste 25555,<br>Frisco, TX 75033<br>Telephone: (717) 440-3382<br>che@yzlaw.com<br>**ATTORNEY FOR DEFENDANT YIWU YIBO E COMMERCE CO., LTD.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Shaoyi Che*

Shaoyi Che, ESQ.