IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENSEN TABANGCURA, | |
| Plaintiff, | Case No.: 1:25-cv-14665 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, JENSEN TABANGCURA ("Plaintiff"), and Defendant No. 33 yyyibo ("Defendant") hereby jointly notify the Court that they have reached settlement and the parties are awaiting confirmation of receipt of the settlement payment.

Plaintiff and Defendant jointly request that briefing on Defendant's Motion to Modify [19] be stayed until after a joint stipulation of dismissal is filed. Each party is to bear its own attorneys' fees, costs and expenses.

DATED: December 30, 2025          Respectfully submitted,

/s/ Keith A. Vogt                 /s/ Shaoyi Che
Keith A. Vogt                     Shaoyi Che
FL Bar No. 1036084/IL Bar No. 6207971   Shaoyi Che (Bar ID No. 24139843)
Keith A. Vogt PLLC                YoungZeal LLP
1820 NE 163rd Street, Suite #306  9355 John W Elliott Dr Ste 25555,
North Miami Beach, Florida 33162  Frisco, TX 75033
Telephone: 312-971-6752           Telephone: (717) 440-3382
E-mail: keith@vogtip.com          E-Mail: che@yzlaw.com

                                  *ATTORNEY FOR DEFENDANT*

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 30, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt