IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JENSEN TABANGCURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14665

Judge Andrea R. Wood

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | Gocomcom |
| 8 | dioskk |
| 9 | Longchashanghang |
| 11 | AIQUS |
| 19 | Popeoiuh |
| 20 | YiYanTZ |
| 21 | Dosoco |
| 23 | AXEN OUTDOORS |
| 24 | Wercokt Direct |
| 32 | SCORYULE |
| 36 | MXWL |
| 38 | siyanshop |
| 39 | Fanthy |
| 40 | Patch Men |
| 47 | BHYXMYJ |
| 70 | saffaihfiahf |
| 71 | LYINGF |

DATED: February 17, 2026	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 17, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt